**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-17-00353-CV**

_____

**IN RE ENTERPRISE PRODUCTS OPERATING LLC**

**Original Proceeding**
**356th District Court of Hardin County, Texas**
**Trial Cause No. 58398**

**MEMORANDUM OPINION**

In this mandamus proceeding, Enterprise Products Operating LLC seeks to compel the trial court to dismiss the underlying suit for lack of subject matter jurisdiction. After reviewing the petition and the response filed by the real party in interest, DCP Partners Logistics, LLC, we conclude the relator has not shown that it is entitled to mandamus relief. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004) (orig. proceeding); *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex. 1992) (orig. proceeding). The petition for writ of mandamus and motion for temporary relief are denied.

1

PETITION DENIED.


PER CURIAM


Submitted on October 5, 2017
Opinion Delivered October 19, 2017

Before McKeithen, C.J., Kreger and Johnson, JJ.